UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **HEBA AWAD, et al.,** | : | Civil Action No. 09-1996 (MLC) |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | REVFISED SCHEDULING ORDER |
| | : | |
| **LORD AND TAYLOR, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

This matter having come before the Court during a telephone status conference conducted on August 3, 2009, and the Court having conferred with counsel concerning the completion of the discovery necessary to determine the Court's jurisdiction; and good cause appearing for the entry of the within Order;

**IT IS** on this 3rd day of August 2009,

**ORDERED THAT:**

1. Defendants shall respond to Plaintiffs' previously served discovery requests as well as any requests for more specific or complete responses by <u>August 10, 2009.</u>

2. Plaintiffs' depositions shall be completed by <u>September 11, 2009.</u>

3. Any failure to comply withy the deadlines established herein or any discovery or case management disputes must be brought to the Magistrate Judge's attention immediately by letter or conference call with local counsel. L. CIV. R. 37.1(a)(1); see also L. CIV. R. 16.1(f).

4. A telephone status conference will be conducted by the undersigned on <u>September 9, 2009</u> at <u>3:00 P.M.</u> Plaintiffs' Counsel shall initiate the call. During the conference, the Parties will address jurisdictional issues including Plaintiffs' §1983 claims.

5. If the matter is not resolved, the Court will enter an amended Scheduling Order, as appropriate, for the completion of discovery.

6. The Court may, from time to time, schedule additional conferences as may be required, either on its own motion or at the request of counsel. Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

7. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave

of the Court, even with consent of all counsel.

      8.  Counsel **must not** file correspondence, including discovery or status letters, via CM/ECF unless instructed to do so by the Court.

      *s/ Douglas E. Arpert*
      **DOUGLAS E. ARPERT**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov.  ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**