UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HEBA AWAD, et al., | : | Civil Action No.  09-1996 (MLC) |
| Plaintiffs, | : | |
| v. | : | REVISED SCHEDULING ORDER |
| LORD AND TAYLOR, et al., | : | |
| Defendants. | : | |

This matter having come before the Court during a Telephone Status Conference conducted on September 9, 2009, pursuant to the Court's Initial Scheduling Order, and the Court having conferred with counsel; and good cause appearing for the entry of the within Order;

IT IS on this 10th day of September 2009,

ORDERED THAT:

1. All fact discovery, including all depositions, shall be completed by <u>October 30, 2009</u>.

2. Not later than <u>December 15, 2009</u>, Plaintiffs shall serve copies of all expert reports.

3. Not later than <u>January 29, 2010</u>, Defendants shall serve copies of all expert reports.

4. Any discovery or case management disputes must be brought to the Magistrate Judge's attention immediately by letter or conference call with local counsel. L. CIV. R. 37.1(a)(1); see also L. CIV. R. 16.1(f).

5. An in-person Settlement Conference will be conducted by the undersigned on <u>January 11, 2010</u> at <u>10:00 A.M.</u>, at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey.

6. The Court may, from time to time, schedule additional conferences as may be required, either on its own motion or at the request of counsel. Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

7. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave

of the Court, even with consent of all counsel.

       8.  **Any proposed confidentiality order agreed to by the parties must be accompanied by a separate statement showing specific good cause for the entry of the order.** See *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994); *Glenmede Trust Company v. Thompson*, 56 F.3d 476 (1995); FED. R. CIV. P. 26(c).

       9.  **Counsel must not file correspondence, including discovery or status letters, via CM/ECF unless instructed to do so by the Court.**

                                    *s/ Douglas E. Arpert*
                                      **DOUGLAS E. ARPERT**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov.  ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**