UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HEBA AWAD, et al., | : | CIVIL ACTION NO. 09-1996 (MLC) |
| Plaintiffs, | : | **ORDER & JUDGMENT** |
| v. | : | |
| LORD & TAYLOR, et al., | : | |
| Defendants. | : | |

For the reasons stated in the Court's Memorandum Opinion, dated October 6, 2009, **IT IS** on this 6th day of October, 2009, **ADJUDGED** that the Complaint is **DISMISSED WITH PREJUDICE** insofar as it may be construed to assert claims under 42 U.S.C. § 1983; and

**IT IS FURTHER ADJUDGED** that the action insofar as it concerns claims pursuant to state law is **REMANDED** to New Jersey Superior Court, Monmouth County; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED**.

   s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge