**LAW OFFICES JOSEPH A. MASSOOD**
**ATTORNEY AT LAW**
**50 Packanack Lake Road**
**Wayne, New Jersey 07470-6685**
**(973) 696-1900**
**Attorneys for: PLAINTIFFS**

IN THE UNITED STATES  DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Trenton Vicinage

| | |
|---|---|
| Heba Awad, Osama Awad, individually and as G/A/L for Rebecca Awad, a minor, Anasimone Awad, a minor and Samy Awad, a minor<br><br>                         Plaintiff(s),<br><br>          v.<br><br>Lord and Taylor, NRDC EQUITY Partners, Macerich Co., Freehold Township, The Freehold Township Police Department, Individual Freehold Police Officer Christopher DeAngelo and Individual Freehold Police Officer  Karl White, Lord and Taylor Security Supervisor, Individual Lord and Taylor Security Guard 1, Individual  Lord and Taylor Security Guard 2 and ABC CORPS 1-5 (said names being fictitious), XYZ CORPS 1-5 (said names being fictitious), JOHN DOES I -20, (said names being fictitious),<br><br>                       Defendant(s), | **CIVIL ACTION NO. 09-cv-1996**<br><br><br>**MOTION TO REMOVE/TRANSFER TO U.S. DISTRICT COURT** |

Joseph A. Massood
Attorney at Law

PLEASE TAKE NOTICE that Plaintiffs, by their counsel, will move this Court, on

December 21, 2009 or on such other date and time as may be designated by the Court, for an

Order: (i) removing/transferring Docket Number MON-L-2883-08 from the Superior Court of

New Jersey, Monmouth County to the United Stated District Court for the District of New Jersey

and (ii) granting such other and further relief as the Court may deem just and proper. In support

of this Motion, Plaintiffs submit herewith the Declaration of Andrew R. Bronsnick, dated November 25, 2009.

**ANDREW R. BRONSNICK, ESQ.**
**LAW OFFICES OF JOSEPH A. MASSOOD**
**50 Packanack Lake Road**
**Wayne, New Jersey 07470-6685**
**(973) 696-1900**
**ABronsnick@massoodlaw.com**

Date:   November 25, 2009          */s/ Andrew R. Bronsnick*
                                   ANDREW R. BRONSNICK, ESQ.

## CERTIFICATION OF SERVICE

I certify that the Motion to remove/transfer and Declaration of Andrew R. Bronsnick have been filed with the U.S. District Court, District of New Jersey via the ECF system.

I further certify that a copy of the aforementioned pleadings have been served upon all parties through their attorneys of record within the time allowed by the Federal Rules of Civil Procedure via ECF.

**ANDREW R. BRONSNICK, ESQ.**
**LAW OFFICES OF JOSEPH A. MASSOOD**
**50 Packanack Lake Road**
**Wayne, New Jersey 07470-6685**
**(973) 696-1900**
**ABronsnick@massoodlaw.com**

Date:   November 25, 2009          */s/ Andrew R. Bronsnick*
                                   ANDREW R. BRONSNICK, ESQ.

Joseph A. Massood
Attorney at Law